IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMARJIT SINGH BAWA,

     Plaintiff,

  v.

EMILIO T. GONZALEZ, District Director, SF USCIS; et al.,

     Defendants.

No. C 07-6393 CW

ORDER ON BRIEFING REGARDING CASE STATUS

    On December 18, 2007, Plaintiff Amarjit Singh Bawa filed a "complaint for a writ in the nature of mandamus." He has apparently filed an "Application for Refugee Asylee Relative Petition" with the United States Citizenship and Immigration Service (USCIS), and he complains that the agency has failed to adjudicate it in a timely fashion. He seeks review pursuant to the Administrative Procedure Act, see, e.g., 5 U.S.C. §§ 701 and 704, and asks the Court to compel Defendants Emilio T. Gonzalez, et al., to take action on his petition.

    Plaintiff has taken no action on his case since he filed his complaint in December, 2007. Further, the Court's records do not show that Defendants have been served. No Defendant has appeared in this action.

    Accordingly, within seven days of the date of this Order, Plaintiff shall file a statement explaining the status of this inactive case, and what actions will be taken in the case and when. Along with his statement, Plaintiff shall file proof that he served Defendants within 120 days of December 18, 2007 and, if not, file a

1  motion for leave to extend time to serve.  See Fed. R. Civ. P 4(m).
2  Any motion for an extension of time must be supported by good
3  cause.  Id.
4      Failure to comply with this Order will result in the dismissal
5  of Plaintiff's case for failure to prosecute.
6      IT IS SO ORDERED.

Dated: November 19, 2010

CLAUDIA WILKEN
United States District Judge