IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARJIT SINGH BAWA,<br><br>       Plaintiff,<br><br>    v.<br><br>EMILIO T. GONZALEZ, District Director, SF USCIS; et al.,<br><br>       Defendants.<br>_____/ | No. C 07-6393 CW<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE |

   On November 19, 2010, the Court ordered Plaintiff to file, within seven days, a statement explaining the status of this inactive case and proof that he served Defendants within 120 days of December 18, 2007, the date he filed his complaint.  Plaintiff was warned that his failure to comply with the Court's Order would result in the dismissal of his case for failure to prosecute.

   Plaintiff did not comply with or otherwise respond to the Court's Order.  Accordingly, Plaintiff's action is dismissed without prejudice for failure to prosecute.  The Clerk shall close the file.

   IT IS SO ORDERED.


Dated: 11/30/2010                    _____
                                     CLAUDIA WILKEN
                                     United States District Judge